B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schuda, James A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Schuda, Linda M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8263** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9299** |
| Street Address of Debtor (No. and Street, City, and State):<br>**556 Walnut**<br>**Elmhurst, IL**                  ZIP Code **60126** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**556 Walnut**<br>**Elmhurst, IL**                  ZIP Code **60126** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Schuda, James A.**<br>**Schuda, Linda M.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Charles S. Stahl, Jr.**              **September 28, 2012**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Charles S. Stahl, Jr. 2699915** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Schuda, James A.**<br>**Schuda, Linda M.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ James A. Schuda**
Signature of Debtor  **James A. Schuda**

X  **/s/ Linda M. Schuda**
Signature of Joint Debtor **Linda M. Schuda**

Telephone Number (If not represented by attorney)

**September 28, 2012**
Date

**Signature of Attorney***

X  **/s/ Charles S. Stahl, Jr.**
Signature of Attorney for Debtor(s)

**Charles S. Stahl, Jr. 2699915**
Printed Name of Attorney for Debtor(s)

**Swanson Martin & Bell LLP**
Firm Name

**2525 Cabot Drive**
**Suite 204**
**Lisle, IL 60532**

Address

**Email: cstahl@smbtrials.com**
**630-799-6900  Fax: 630-799-6901**
Telephone Number

**September 28, 2012**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **James A. Schuda**
       **Linda M. Schuda**

                                   Debtor(s)          Chapter    **7**

Case No. _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ James A. Schuda**
                            **James A. Schuda**

Date:   **September 28, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **James A. Schuda**
     **Linda M. Schuda**        Case No. _____

                   Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Linda M. Schuda**
                          **Linda M. Schuda**

Date:     **September 28, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re     **James A. Schuda,**                                      Case No. _____
             **Linda M. Schuda**

_____,      Chapter_____**7**_____
                                         Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 475,000.00 | | |
| B - Personal Property | Yes | 4 | 25,472.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 499,921.48 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 13,381.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 53 | | 261,690.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 2,663.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,193.99 |
| Total Number of Sheets of ALL Schedules | | 66 | | | |
| Total Assets | | | 500,472.00 | | |
| Total Liabilities | | | | 774,993.34 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **James A. Schuda,**
      **Linda M. Schuda,**

Case No. _____

                                   ,

                           Debtors

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

     ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 13,381.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 13,381.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,663.00 |
| Average Expenses (from Schedule J, Line 18) | 5,193.99 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,600.88 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 9,921.48 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 13,381.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 261,690.86 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 271,612.34 |

B6A (Official Form 6A) (12/07)

.

In re  **James A. Schuda,**               Case No. _____
       **Linda M. Schuda**

_____ ,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single-family residence**<br>**Location: 556 Walnut, Elmhurst IL 60126** | **Joint tenant** | **J** | **475,000.00** | **482,625.37** |

|  |  |  |
|---|---|---|
| Sub-Total > | **475,000.00** | (Total of this page) |
| Total > | **475,000.00** |  |

____**0**____  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **James A. Schuda,**                                              Case No. _____
        **Linda M. Schuda**
_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | J | 45.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account #xxxx2229, Suburban Bank & Trust Company** | J | 3,300.00 |
| | | **Savings account, Corporate America Family Credit Union** | J | 551.00 |
| | | **Savings account #xxxxx9339, Suburban Bank** | J | 400.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous items of furniture and furnishings between 10-15 years old for four bedroom residence**<br>**Location: 556 Walnut, Elmhurst IL 60126** | J | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous items of pictures and inexpensive artwork**<br>**Location: 556 Walnut, Elmhurst IL 60126** | J | 700.00 |
| 6.  Wearing apparel. | | **Miscellaneous items of wearing apparel**<br>**Location: 556 Walnut, Elmhurst IL 60126** | J | 850.00 |
| 7.  Furs and jewelry. | | **Two watches, engagement ring and miscellaneous items of costume jewelry**<br>**Location: 556 Walnut, Elmhurst IL 60126** | J | 950.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy** | H | 0.00 |

|  | Sub-Total ><br>(Total of this page) | 9,296.00 |
|---|---|---|

__3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **James A. Schuda,**                                                                Case No. _____
       **Linda M. Schuda,**

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA with Reinsurance Company of America** | W | 426.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% of common stock of MedSurg Supply, Inc., a corporation preparing to discontinue operations after experiencing losses** | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          426.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **James A. Schuda,**
    **Linda M. Schuda,**
                         Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Chevrolet Malibu Location: 556 Walnut, Elmhurst IL 60126 | J | 750.00 |
| | | 50% ownership with daughter of 2009 Kia Sorrento (daughter makes monthly payments) | W | 15,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **15,750.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **James A. Schuda,**
     **Linda M. Schuda**                                      Case No. _____

                                ,
                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total >  (Total of this page) | **0.00** |
| Total > | **25,472.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **James A. Schuda,**                                      Case No. _____
         **Linda M. Schuda**
_____ ,
                         Debtors
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Single-family residence** **Location: 556 Walnut, Elmhurst IL 60126** | **735 ILCS 5/12-901** | **30,000.00** | **475,000.00** |
| **Cash on Hand** **Cash on hand** | **735 ILCS 5/12-1001(b)** | **45.00** | **45.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** **Checking account #xxxx2229, Suburban Bank & Trust Company** | **735 ILCS 5/12-1001(b)** | **3,300.00** | **3,300.00** |
| **Savings account, Corporate America Family Credit Union** | **735 ILCS 5/12-1001(b)** | **551.00** | **551.00** |
| **Savings account #xxxxx9339, Suburban Bank** | **735 ILCS 5/12-1001(b)** | **246.00** | **400.00** |
| **Household Goods and Furnishings** **Miscellaneous items of furniture and furnishings between 10-15 years old for four bedroom residence** **Location: 556 Walnut, Elmhurst IL 60126** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **2,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** **Miscellaneous items of pictures and inexpensive artwork** **Location: 556 Walnut, Elmhurst IL 60126** | **735 ILCS 5/12-1001(a)** | **700.00** | **700.00** |
| **Wearing Apparel** **Miscellaneous items of wearing apparel** **Location: 556 Walnut, Elmhurst IL 60126** | **735 ILCS 5/12-1001(a)** | **850.00** | **850.00** |
| **Furs and Jewelry** **Two watches, engagement ring and miscellaneous items of costume jewelry** **Location: 556 Walnut, Elmhurst IL 60126** | **735 ILCS 5/12-1001(b)** | **950.00** | **950.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** **IRA with Reinsurance Company of America** | **735 ILCS 5/12-704** | **426.00** | **426.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **1999 Chevrolet Malibu** **Location: 556 Walnut, Elmhurst IL 60126** | **735 ILCS 5/12-1001(c)** | **750.00** | **750.00** |
| **50% ownership with daughter of 2009 Kia Sorrento (daughter makes monthly payments)** | **735 ILCS 5/12-1001(c)** | **2,500.00** | **15,000.00** |

|  | Total: | **42,818.00** | **500,472.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re  **James A. Schuda,**                                              Case No. _____
     **Linda M. Schuda**
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5605**<br><br>**Bank of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062-5170** | | J | **First Mortgage**<br><br>**Single-family residence**<br>**Location: 556 Walnut, Elmhurst IL 60126** | | | | | |
| | | | Value $       **475,000.00** | | | | **466,425.37** | **0.00** |
| Account No.<br><br>**Chase Auto Finance**<br>**P.O. Box 9001801**<br>**Louisville, KY 40290-1801** | | W | **2009**<br><br>**Purchase Money Security**<br><br>**50% ownership with daughter of 2009 Kia Sorrento (daughter makes monthly payments)** | | | | | |
| | | | Value $       **15,000.00** | | | | **17,296.11** | **2,296.11** |
| Account No. **xx-xx-xx9-033**<br><br>**DuPage County Collector**<br>**P.O. Box 4203**<br>**Carol Stream, IL 60197-4203** | | J | **2010**<br><br>**Statutory Lien-Real Estate Taxes**<br><br>**Single-family residence**<br>**Location: 556 Walnut, Elmhurst IL 60126** | | | | | |
| | | | Value $       **475,000.00** | | | | **16,200.00** | **7,625.37** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0**   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **499,921.48** | **9,921.48** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **499,921.48** | **9,921.48** |

B6E (Official Form 6E) (4/10)

.

In re   **James A. Schuda,**
**Linda M. Schuda,**

Case No. _____

_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **James A. Schuda,**
**Linda M. Schuda,**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Department of Revenue**<br>**P.O. Box 19447**<br>**Springfield, IL 62794-9447** | | J | **For informational purposes** | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**P.O. Box 745**<br>**District Director**<br>**Chicago, IL 60690** | | J | **Income tax - 2010** | | | | 13,381.00 | 0.00 | 13,381.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00<br>13,381.00 | 13,381.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 0.00<br>13,381.00 | 13,381.00 |

B6F (Official Form 6F) (12/07)

In re    **James A. Schuda,**
         **Linda M. Schuda,**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| A Plus International, Inc. 5138 Eucalyptus Avenue Chino, CA 91710 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Aaron/Bovie Medical 5115 Ulmerton Road Clearwater, FL 33760 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| ABS Services, Inc. 141 East Grand Avenue, #2A Bensenville, IL 60106 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Acor 18530 South Mile Parkway Cleveland, OH 44128 | | H | | | | | | 0.00 |
| __52__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda**
_____,
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Activa Brand Products**<br>**36 4th Street**<br>**Chalottetown, P.E., Canada** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Acute Care**<br>**12225 World Trade Drive, Suite F**<br>**San Diego, CA 92128** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**AdaCo Specialties, Inc.**<br>**20388 South Torrence Avenue**<br>**Lynwood, IL 60411** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**ADSI**<br>**1111 Church Road**<br>**Aurora, IL 60505** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Advance Medical**<br>**1241 Atlanta Drive**<br>**Marietta, GA 30066** | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __1__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **James A. Schuda,**
**Linda M. Schuda**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Advanta**<br>**P.O. Box 5657**<br>**Hicksville, NY 11802** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-0019**<br><br>**Advanta/Master Card**<br>**P.O. Box 9217**<br>**Old Bethpage, NY 11804** | | H | | Various<br>Guarantor-corporate obligation | | | | 14,250.00 |
| Account No.<br><br>**Akorn**<br>**Lock box 3950**<br>**Chicago, IL 60674** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Allegiance Healthcare Corp.**<br>**P.O. Box 70539**<br>**Chicago, IL 60673-0539** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Allied Healthcare Products, Inc.**<br>**1720 Sublette Avenue**<br>**Saint Louis, MO 63110** | | H | | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __2___ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,250.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda**
                                                                              Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alpha Medthrift Scientific Co.** <br> **16352 South 104th Avenue, Suite B** <br> **Orland Park, IL 60467** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **AMBCO** <br> **15052 Redhill Avenue, Suite D** <br> **Tustin, CA 92780** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **AMD-Ritmed** <br> **295 Fire Tower Drive** <br> **Tonawanda, NY 14150** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **American Diagnostic Corporation** <br> **55 Commerce Drive** <br> **Hauppauge, NY 11788** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **xxxx-xxxxxx-x1005** <br><br> **American Express** <br> **P.O. Box 981535** <br> **El Paso, TX 79998-1535** | | H | | Various Guarantor-corporate obligation | | | | 5,637.00 |

Sheet no. __3__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **5,637.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
**Linda M. Schuda**                                                      Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Americo Corp. 211 Waukegan Road, Suite 300 Nothfield, IL 60093 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Amex Box 001 Los Angeles, CA 90096-8000 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Amsino 4501 Brickell Privado Ontario, CA 91761 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Andrew J. Costanza 544 Canterbury Carol Stream, IL 60188 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Ansell Perry, Inc. Dept CH 17493 Palatine, IL 60055-7373 | | H | | | | | | | 0.00 |

Sheet no. __4___ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
 **Linda M. Schuda,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Applied Technology** <br> **11457 Melrose Street** <br> **Franklin Park, IL 60131** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Arkray USA, Inc.** <br> **SDS-12-1923** <br> **P.O. Box 86** <br> **Minneapolis, MN 55486-1923** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Aseptic Control Products, Inc.** <br> **3831 Industrial Avenue, Unit D** <br> **Rolling Meadows, IL 60008** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **ASO Corporation** <br> **300 Sarasota Center Boulevard** <br> **Sarasota, FL 34240** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **AT&T** <br> **P.O. Box 90001309** <br> **Louisville, KY 40290-1309** | | H | | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __5___ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
      **Linda M. Schuda,**
                                   ,
                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Avalon Papers, LLC** P.O. Box 3967 Oshkosh, WI 54904 | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Avery Dennison** 12297 Collection Center Drive Chicago, IL 60693 | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. xxxx-xxxx-xxxx-0475 **Bank of America/Master Card** P.O. Box 851001 Dallas, TX 75285-1001 | | J | | Various Credit card purchases | | | | 15,136.00 |
| Account No. xxxx-xxxx-xxxx-3648 **Bank of America/Master Card** P.O. Box 851001 Dallas, TX 75285-1001 | | J | | Various Credit card purchases | | | | 27,542.00 |
| Account No. xxxx-xxxx-xxxx-5896 **Bank of America/VISA** P.O. Box 851001 Dallas, TX 75285-1001 | | J | | Various Credit card purchases | | | | 26,193.00 |

Sheet no. __6__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

68,871.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
     **Linda M. Schuda**                                      Case No. _____
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Banyan International** <br> **2118 East Interstate 20** <br> **P.O. Box 1779** <br> **Abilene, TX 79604-1779** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Barjan Manufacturing, Ltd.** <br> **28 Balting Place Road** <br> **Farmingdale, NY 11735** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Bayer Corporation** <br> **P.O. Box 650512** <br> **Dallas, TX 75265** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Bayer HealthCare** <br> **P.O. Box 571720** <br> **Pittsburgh, PA 15250-7720** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Bell Med Serv** <br> **120 Vanderburg Road** <br> **Marlboro, NJ 07746** | | H | | Accounting services | | | | 0.00 |

Sheet no. __7__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

       Subtotal               **0.00**
    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda**
                                                                         Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bell Medical Services, Inc.**<br>**1520 Washington Avenue**<br>**Neptune, NJ 07753** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Bemis**<br>**300 Mill Street**<br>**P.O. Box 901**<br>**Sheboygan Falls, WI 53085-0901** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Besse Medical Supply**<br>**9075 Centre Point Drive, Suite 140**<br>**West Chester, OH 45069** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**BI Medsource**<br>**790 Church Street NW, Suite 100**<br>**Marietta, GA 30060** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Bio Protech USA, Inc.**<br>**17962 Sky Park Circle, Suite G**<br>**Irvine, CA 92614** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |

Sheet no. __8__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**                                              Case No. _____
         **Linda M. Schuda**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bio-detek, Inc.**<br>**525 Narragansett Park Drive**<br>**Pawtucket, RI 02861-4323** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Birchwood Laboratories, Inc.**<br>**7900 Fuller Road**<br>**Eden Prairie, MN 55344-2195** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Bowman Manufacturing Company, Inc.**<br>**17301 51st Avenue NE**<br>**Arlington, WA 98223** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Bradford Systems Corporation**<br>**8700 Waukegan Raod, Suite 212**<br>**Morton Grove, IL 60053** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Brewer**<br>**P.O. Box 88870**<br>**Milwaukee, WI 53288-0870** | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __9__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                  0.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda,**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**BSN Medical, Inc.**<br>**P.O. Box 751766**<br>**Charlotte, NC 28275-1766** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**BSN-Jobst**<br>**Box 751766**<br>**Charlotte, NC 28275-1766** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Bulbtronics**<br>**45 Banfi Plaza**<br>**Farmingville, NY 11738** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Burnishine**<br>**3817 Eagle Way**<br>**Chicago, IL 60678-1386** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Burton**<br>**21100 Lassen Street**<br>**Chatsworth, CA 91311** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |

Sheet no. __10__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
**Linda M. Schuda**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Busse Hospital Disposables** **P.O. Box 11067** **Hauppauge, NY 11788** | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **BV Medical** **28W206 Commercial Avenue** **Barrington, IL 60010** | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Caligor** **Dept. CH 14125** **Palatine, IL 60055-4125** | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Cameron-Miller, Inc.** **5410 West Roosevelt Road** **Chicago, IL 60644** | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-9528** | | | | Various Guarantor-corporate obligation | | | | |
| **Capital One** **P.O. Box 105474** **Atlanta, GA 30348-5474** | | H | | | | | | |
| | | | | | | | | 25,630.00 |

Sheet no. __11__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,630.00

B6F (Official Form 6F) (12/07) - Cont.

In re **James A. Schuda,**
      **Linda M. Schuda,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197-6492** | | H | | **For informational purposes-corporate obligation** | | | | **0.00** |
| Account No.<br><br>**Capital One-Loan<br>P.O. Box 105474<br>Atlanta, GA 30348-5474** | | H | | **For informational purposes-corporate obligation** | | | | **0.00** |
| Account No. **xxxx-xxxx-xxxx-2890**<br><br>**Capital One/VISA<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285** | | H | | **Various<br>Guarantor-corporate obligation** | | | | **2,476.00** |
| Account No.<br><br>**Cardiac Science Corporation<br>Dept. 0587<br>P.O. Box 120587<br>Dallas, TX 75312-0587** | | H | | **For informational purposes-corporate obligation** | | | | **0.00** |
| Account No.<br><br>**Cardinal<br>P.O. Box 70539<br>Chicago, IL 60673-0539** | | H | | **For informational purposes-corporate obligation** | | | | **0.00** |

Sheet no. __12__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,476.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda,**                                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cardinal Scale Maunfacturing Co.** P.O. Box 413064 Kansas City, MO 64141-3064 | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Cardioline** P.O. Box 2657 Petaluma, CA 94953 | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Care Express** 317 Cary Point Drive Cary, IL 60013 | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-0431** **Carson Pirie Scott** P.O. Box 49308 San Jose, CA 95161-9308 | | J | Various Credit card purchases | | | | 0.00 |
| Account No. **Cetylite Industries, Inc.** 9051 River Road Pennsauken, NJ 08110-3293 | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __13__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-9921** | | | | | **Various** **Credit card purchases** | | | | |
| **Chase VISA** **P.O. Box 15153** **Wilmington, DE 19886-5153** | J | | | | | | | | 30,937.00 |
| Account No. | | | | | **For informational purposes-corporate obligation** | | | | |
| **Chattanooga Group** **P.O. Box 848101** **Dallas, TX 75284-8101** | | H | | | | | | | 0.00 |
| Account No. | | | | | **For informational purposes-corporate obligation** | | | | |
| **CitiBank** **P.O. Box 6537** **The Lakes, NV 88901-6537** | | H | | | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-8977** | | | | | **Various** **Guarantor-corporate obligation** | | | | |
| **CitiBusiness/Master Card** **P.O. Box 6235** **Sioux Falls, SD 57117-6235** | | H | | | | | | | 42,100.00 |
| Account No. | | | | | **For informational purposes-corporate obligation** | | | | |
| **Clinical Health** **P.O. Box 425** **Stratford, CT 06615** | | H | | | | | | | 0.00 |

Sheet no. __14__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

73,037.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
         **Linda M. Schuda,**                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Clinton Industries** **1140 Edison Street** **York, PA 17403** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **ConMed Corp.** **Church Street Station** **P.O. Box 6814** **New York, NY 10249-6814** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Cooper Surgical** **P.O. Box 1206** **Monroe, CT 06468-8206** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Corkill** **1699 Wall Street, Suite 725** **Mount Prospect, IL 60056** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-0348** **Corporate America/VISA** **2075 Big Timber Road** **Elgin, IL 60123-1140** | | J | Various Credit card purchases | | | | 5,392.00 |

Sheet no. __15__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 5,392.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
     **Linda M. Schuda,**
                                      Case No. _____

                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CryoSurgery, Inc.** **5829 Old Harding Road** **Nashville, TN 37205** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **CS Packaging, Inc.** **1620 Fullerton Court, #200** **Glendale Heights, IL 60139** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **D J Orthopedics** **P.O. Box 650777** **Dallas, TX 75265-0777** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Dash Medical Gloves, Inc.** **10180 South 54th Street** **Franklin, WI 53132** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Data Management, Inc.** **P.O. Box 789** **Farmington, CT 06034** | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __16__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal                      **0.00**
                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
**Linda M. Schuda**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Davol**<br>**P.O. Box 75767**<br>**Charlotte, NC 28275** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Dedicated Distribution**<br>**640 Miami Avenue**<br>**Kansas City, KS 66105-2140** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Dell Computer Corporation**<br>**8801 Research Boulevard**<br>**Austin, TX 78758** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**DeRoyal Industries, Inc.**<br>**P.O. Box 1015**<br>**Powell, TN 37849-1015** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**DirectMed, Inc.**<br>**150 Pratt Oval**<br>**Glen Cove, NY 11542** | | H | | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __17__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **James A. Schuda,**
        **Linda M. Schuda**                                                                 Case No. _____

_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Distribution Systems International**<br>**236 Calle Pointoresco**<br>**San Clemente, CA 92673** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Dudley Developers**<br>**P.O. Box 372**<br>**Dundee, IL 60118-0372** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Dukal Corporation**<br>**Chase Lock box 035665**<br>**Newark, NJ 07193** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**DuoPross**<br>**27 Sarah Drive**<br>**Farmingdale, NY 11735** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Duopross Meditech Corp.**<br>**27 Sarah Drive**<br>**Farmingdale, NY 11735** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |

Sheet no. __18__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **James A. Schuda,**
        **Linda M. Schuda**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Duro Med Industries, Inc. 13329 Collection Center Drive Chicago, IL 60693 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Dymax Corporation P.O. Box 75767 Charlotte, NC 28275 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Dynarex Corporation P.O. Box 712454 Cincinnati, OH 45271-2454 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| El-Mar Office Supply, Inc. 386 East Irving Park Road Roselle, IL 60172 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Expert-Med 1821 Reliable Parkway Chicago, IL 60686-0001 | | H | | | | | | 0.00 |

Sheet no. **19** of **52** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
**Linda M. Schuda**                                                           Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Express One**<br>**P.O. Box 902290**<br>**Sandy, UT 84090** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Fabrication Enterprises, Inc.**<br>**P.O. Box 1500**<br>**White Plains, NY 10602** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Fashion Seal Uniform**<br>**P.O. Box 932058**<br>**Atlanta, GA 31193-2058** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**First Aid Only**<br>**11101 N.E. 37th Circle**<br>**Vancouver, WA 98682** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**First Healthcare products**<br>**6125 Lendell Drive**<br>**Sanborn, NY 14132-9199** | | H | | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __20__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
    **Linda M. Schuda,**
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**First Medical, Inc.**<br>**8515 Douglas, Suite 23**<br>**Urbandale, IA 50322** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br>**FLA Orthopedics**<br>**P.O. Box 751766**<br>**Charlotte, NC 28275-1766** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br>**Forest Medical, LLC**<br>**6700 Old Collamer Road**<br>**East Syracuse, NY 13057-1118** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br>**Fougera & Company**<br>**P.O. Box 2006**<br>**Melville, NY 11747-0103** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br>**Gam Industries, Inc.**<br>**P.O. Box 327**<br>**Jesup, GA 31598** | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __21__ of __52__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **James A. Schuda,**
       **Linda M. Schuda,**                                               Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Gillis Associated Industries** **750 Pinecrest Drive** **Mt. Prospect, IL 60070** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Global Protection Corp.** **12 Channel Street** **Boston, MA 02210** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Global Recruiters of Medinah** **550 East Devon Avenue, Suite 106-9** **Itasca, IL 60143** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **GOJO** **P.O. Box 931105** **Cleveland, OH 44193** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Goodwin Manufacturing Co., Inc.** **P.O. Box 5981** **High Point, NC 27262** | | H | | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __22__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **James A. Schuda,**
          **Linda M. Schuda**                                          Case No. _____
                                                                      ,
                                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Graham Field** <br> **P.O. Box 47510** <br> **Dorville, GA 30362** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Graham Medical Products** <br> **Bin 88554** <br> **Milwaukee, WI 53288-0554** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Great Midwest Packaging, LLC** <br> **712 Anita Avenue** <br> **Antioch, IL 60002** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Harloff** <br> **650 Ford Street** <br> **Colorado Springs, CO 80915** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Harth Medical Products, Inc.** <br> **3915 W. Greenfield Avenue** <br> **Milwaukee, WI 53215** | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __23__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
     **Linda M. Schuda,**
                                                               ,

Case No. _____

                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Hausmann 130 Union Street Northvale, NJ 07647** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Health Care Logistics, Inc. P.O. Box 25 Circleville, OH 43113-0028** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Healthcare Products 41 Weaver Road Denver, PA 17512** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Healthcare Safety Systems, Inc. 21279 Protecta Drive Elkhart, IN 46516** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Healthcare Supply Solutions 13949 Alvarez Road Jacksonville, FL 32218** | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __24__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **James A. Schuda,**
        **Linda M. Schuda**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Hitachi 630 Clyde Court Mountain View, CA 94043-2214** | | H | | | | | 0.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Holzman & Associates 1580 N. Northwest Highway Park Ridge, IL 60068** | | H | | | | | 0.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Hospira 75 Remittance Drive, Suite 6136 Chicago, IL 60675-6136** | | H | | | | | 0.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Hudson RCI P.O. Box 951836 Dallas, TX 75395-1836** | | H | | | | | 0.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Human Restrain 912 Bethel circle Waunakee, WI 53597** | | H | | | | | 0.00 |

Husband, Wife, Joint, or Community

Sheet no. __25__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda,**                                            Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Huntleigh**<br>**P.O. Box 847746**<br>**Dallas, TX 75284-4746** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br>**I C Commercial Services**<br>**P.O. Box 64444**<br>**Saint Paul, MN 55164-0444** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br>**IMCO**<br>**129 Executive Circle**<br>**Daytona Beach, FL 32114** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br>**Immunostics, Inc.**<br>**1750 Brielle Avenue, A5**<br>**Ocean, NJ 07712** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br>**Imperial**<br>**P.O. Box 474**<br>**Bedford, TX 76021** | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __26__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
         **Linda M. Schuda**                                                    Case No. _____

                                    _____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Innovative Healthcare Corporation** **8220 Charles Page Boulevard** **Sand Springs, OK 74063** | | H | | | | | 0.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **InSource** **P.O. Box 360202** **Pittsburgh, PA 15250-6202** | | H | | | | | 0.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **International Sourcing & Products** **7704 West Belmont** **Chicago, IL 60634** | | H | | | | | 0.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Invacare Supple Group** **2520 Foundation Drive** **South Bend, IN 46628** | | H | | | | | 0.00 |
| Account No. | | | For informational purposes-corporate obligation | | | | |
| **Joan M. Costanza** **21914 Cambridge** **Kildeer, IL 60047** | | H | | | | | 0.00 |

Sheet no. __27__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
         **Linda M. Schuda**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx-xx-0451** | | | | **Guarantor-corporate obligation** | | | | |
| **John A. Costanza 21914 Cambridge Kildeer, IL 60047** | | J | | | | | | **30,000.00** |
| Account No. | | | | **For informational purposes-corporate obligation** | | | | |
| **Johnson & Quin, Inc. 7460 North Lehigh Avenue Niles, IL 60714** | | H | | | | | | **0.00** |
| Account No. | | | | **For informational purposes-corporate obligation** | | | | |
| **Kendall 15 Hampshire Street Mansfield, MA 02048** | | H | | | | | | **0.00** |
| Account No. | | | | **For informational purposes-corporate obligation** | | | | |
| **Kennedy-Webster 5225 Walnut Avenue Downers Grove, IL 60515** | | H | | | | | | **0.00** |
| Account No. | | | | **For informational purposes-corporate obligation** | | | | |
| **Kent Kartage 1129 Beachcomber Drive Schaumburg, IL 60193** | | H | | | | | | **0.00** |

Sheet no. __28__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **30,000.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
     **Linda M. Schuda,**                                            Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx6-549** <br><br> **Kohl's** <br> **P.O. Box 3120** <br> **Milwaukee, WI 53201-3120** | | J | **Various** <br> **Credit card purchases** | | | | **101.00** |
| Account No. <br><br> **Labsco** <br> **3782 Reliable Parkway** <br> **Chicago, IL 60686-0037** | | H | **For informational purposes-corporate obligation** | | | | **0.00** |
| Account No. <br><br> **Lake Court Medical** <br> **26488 Groesbeck Highway** <br> **Warren, MI 48089** | | H | **For informational purposes-corporate obligation** | | | | **0.00** |
| Account No. <br><br> **Lake Erie Medical & Surgical Supply** <br> **7560 Lewis Avenue** <br> **Temperance, MI 48182** | | H | **For informational purposes-corporate obligation** | | | | **0.00** |
| Account No. <br><br> **Life Gas** <br> **P.O. Box 803285** <br> **Chicago, IL 60680-3285** | | H | **For informational purposes-corporate obligation** | | | | **0.00** |

Sheet no. __**29**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**101.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
         **Linda M. Schuda,**
                                                              Case No. _____
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Lonstar, Inc. P.O. Box 790205 Saint Louis, MO 63179-0205 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Lowrie 1410 Ambrogio Drive Gurnee, IL 60031 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| M D Industries 135 South LaSalle Street Dept. 5278 Chicago, IL 60674-5278 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| M J Building 1485 Landmeier Road Elk Grove Village, IL 60007 | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| Mabis Healthcare, Inc. 13329 Collection Center Drive Chicago, IL 60693 | | H | | | | | | 0.00 |

Sheet no. __30__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
      **Linda M. Schuda**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx-xxx-xxx-291-0**<br><br>**Macy's**<br>**Department Stores National Bank**<br>**P.O. Box 689195**<br>**Des Moines, IA 50368-9195** | | J | | | **Various**<br>**Credit card purchases** | | | | **235.00** |
| Account No.<br><br>**Major Pharmaceuticals**<br>**1821 Reliable Parkway**<br>**Chicago, IL 60686-0001** | | H | | | **For informational purposes-corporate obligation** | | | | **0.00** |
| Account No.<br><br>**Mammoth Medical, Inc.**<br>**P.O. Box 1000**<br>**Dept. 395**<br>**Memphis, TN 38148-0395** | | H | | | **For informational purposes-corporate obligation** | | | | **0.00** |
| Account No.<br><br>**McBee**<br>**500 Main Street**<br>**Groton, MA 01471-0004** | | H | | | **For informational purposes-corporate obligation** | | | | **0.00** |
| Account No.<br><br>**MCC**<br>**19430 Van Ness Avenue**<br>**Torrance, CA 90501-1104** | | H | | | **For informational purposes-corporate obligation** | | | | **0.00** |

Sheet no. **31** of **52** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**235.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **James A. Schuda,**
        **Linda M. Schuda**                                             Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Medegen** 209 Medegan Drive Gallaway, TN 38036 | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Medela** 38789 Eagle Way Chicago, IL 60628-1387 | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Medex** P.O. Box 7247-7784 Philadelphia, PA 19170-7784 | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Medgyn Products, Inc.** P.O. Box 3126 Oak Brook, IL 60522-3126 | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Mediaid, Inc.** 17517 Fabrica Way, Suite H Cerritos, CA 90703 | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __32__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **James A. Schuda,**
        **Linda M. Schuda,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.  Medical Action Industries, Inc. P.O. Box 9131 Uniondale, NY 11555-9131 | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.  Medical Products, Inc. P.O. Box 207 Ripley, MS 38663 | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.  Medical Research Laboratories 1000 Asbury Drive Buffalo Grove, IL 60089 | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.  Medicore P.O. Box 4826 Hialeah, FL 33014 | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.  Medline Dept. CH 14400 Palatine, IL 60055-4400 | | H | | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __33__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**                                                    Case No. _____
       **Linda M. Schuda**

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **MedSource** **2931 South 1560 West** **Woods Cross, UT 84087** | | H | | | | | | 0.00 |
| Account No. | | | | Loan | | | | |
| **MedSurg Supply, Inc.** **1451 Landmeier Road** **Suite K** **Elk Grove Village, IL 60007** | | H | | | | | | 26,891.86 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Medtec Medical, Inc.** **1602 Barclay Boulevard** **Buffalo Grove, IL 60089-4523** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **MedTek Diagnostics, LLC** **P.O. Box 13211** **Durham, NC 27709-3211** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **MedWorld Supply, Inc.** **168 10th Street** **Brooklyn, NY 11215** | | H | | | | | | 0.00 |

Sheet no. __34__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **26,891.86**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda**                                              ,    Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. <br><br> **Mercy Surgical Dressing Group, Inc.** <br> **4 Zesta Drive** <br> **Pittsburgh, PA 15205** | | H | | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **MESA** <br> **599 North Edgewood Avenue** <br> **Wood Dale, IL 60191** | | H | | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Metrex Research Corporation** <br> **14340 Collection Center Drive** <br> **Chicago, IL 60693** | | H | | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Micro Scientific Industries, Inc.** <br> **1226 Carnegie Street, Suite 101** <br> **Rolling Meadows, IL 60008** | | H | | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Midmark Corporation** <br> **P.O. Box 632969** <br> **Cincinnati, OH 45263-2969** | | H | | | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __35__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda**                                              Case No. _____
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Miltex Insruments**<br>**P.O. Box 405758**<br>**Atlanta, GA 30384-5758** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br>**MIMS**<br>**P.O. Box 955588**<br>**Saint Louis, MO 63195-5588** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br>**Monarch Molding, Inc.**<br>**P.O. Box 279**<br>**Council Grove, KS 66846-0279** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br>**MPM Medical, Inc.**<br>**2301 Crown Court**<br>**Irving, TX 75038** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br>**MYCO Medical**<br>**158 Towerview Court**<br>**Cary, NC 27513** | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __36__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
         **Linda M. Schuda**                                              Case No. _____

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Nicolet Vacular** **88059 Expedite Way** **Chicago, IL 60695-0001** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Nicor** **P.O. Box 310** **Aurora, IL 60507-0310** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Nikomed** **2000 Pioneer Road** **Huntingdon Valley, PA 19006** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Nipro Products** **3150 NW 107th Avenue** **Miami, FL 33172** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **North American Corp. of Illinois** **2101 Claire Court** **Glenview, IL 60025** | | H | | | | | | 0.00 |

Sheet no. __**37**__ of __**52**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **James A. Schuda,**
        **Linda M. Schuda**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| OMNI Lock Box 6664 P.O. Box 9438 Minneapolis, MN 55440-9438 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Orthomerica Products, Inc. P.O. Box 607129 Orlando, FL 32860-7129 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Owens & Minor 12199 Collection Center Drive Chicago, IL 60693 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Palco 8030 Soquel Avenue Santa Cruz, CA 95062-2032 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Parker Laboratories 286 Eldridge Road Fairfield, NJ 07004 | | H | | | | | | | 0.00 |

Sheet no. __38__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda,**
                                                        Case No. _____

                                    _____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Pekin Insurance Company** **2505 Court Street** **Pekin, IL 61558-0001** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Pelstar, LLC** **24097 Network Place** **Chicago, IL 60673-1240** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Personna** **P.O. Box 70747** **Chicago, IL 60673-0747** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Polar Ware Company** **P.O. Box 1170** **Milwaukee, WI 53201-1170** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Polymer Tech** **P.O. Box 660229** **Indianapolis, IN 46266-0229** | | H | | | | | | 0.00 |

Sheet no. __39__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda**                                          Case No. _____

_____ ,
                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Positive Printing Corp.** <br> **538 Pratt Avenue N** <br> **Schaumburg, IL 60193-4555** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Precision Charts, Inc.** <br> **130 Wilbur Place** <br> **Bohemia, NY 11716** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Precision Dynamics** <br> **4193 Solutions Drive** <br> **Chicago, IL 60677-4001** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Precision Therapeutics, Inc.** <br> **8400 E. Prentice Avenue, Suite 700** <br> **Greenwood Village, CO 80111** | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Premier Medical International** <br> **209 Washington Street** <br> **Burlington, WI 54105** | | H | | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __40__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
         **Linda M. Schuda**                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Premium Plastics** **1350 S. LaSalle Street** **Dept. 4433** **Chicago, IL 60674-4433** | | H | | | | | | | **0.00** |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Principle Business Enterprises, Inc** **P.O. Box 712215** **Cincinnati, OH 45271-2215** | | H | | | | | | | **0.00** |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Professional Med. Surgical Supply** **16 Laurel Street** **Joliet, IL 60435-7480** | | H | | | | | | | **0.00** |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **ProMed Specialties** **1800 Byberry Road, Suite 905** **Huntingdon Valley, PA 19006** | | H | | | | | | | **0.00** |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| **Promex Technologies, LLC** **P.O. Box L-175** **Columbus, OH 43260** | | H | | | | | | | **0.00** |

Sheet no. __41__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __James A. Schuda,__                                         Case No. _____
     __Linda M. Schuda__

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Propper Manufacturing**<br>**36-04 Skillman Avenue**<br>**Long Island City, NY 11101** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Protectair, Inc.**<br>**59 South Eisenhower**<br>**Lombard, IL 60148** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Puritan-Bennett**<br>**P.O. Box 73192**<br>**Chicago, IL 60673-7192** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**QAS**<br>**1506 N. Orange Blossom Trail**<br>**Orlando, FL 32804** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Quill**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101-0600** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |

Sheet no. __42__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                             (Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **James A. Schuda,**
    **Linda M. Schuda,**
                                              ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ramrod**<br>**310 Beinois Drive**<br>**Wood Dale, IL 60191** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**RICA Surgical Products**<br>**9207 Ivanhoe**<br>**Schiller Park, IL 60176** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Richmark Medical Supply, Inc.**<br>**1555 W. Hawthorne Lane, Unit 1**<br>**West Chicago, IL 60185** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Rubbermaid**<br>**75 Remittance Drive, Suite 1167**<br>**Chicago, IL 60675-1167** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No.<br><br>**Rusch**<br>**P.O. Box 8500-1750**<br>**Philadelphia, PA 19178-1750** | | H | | **For informational purposes-corporate obligation** | | | | 0.00 |

Sheet no. __43__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
**Linda M. Schuda**                                                                  Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3732** | | | **Various** | | | | |
| **Sam's Club** **P.O. Box 981084** **El Paso, TX 79998-1084** | | J | **Credit card purchases** | | | | **2,800.00** |
| Account No. **xxxx-xxxx-xxxx-5296** | | | **Various** | | | | |
| **Sam's Club/Discover** **P.O. Box 981084** **El Paso, TX 79998-1084** | | J | **Credit card purchases** | | | | **6,370.00** |
| Account No. | | | **For informational purposes-corporate obligation** | | | | |
| **Scotty Peeler, Inc.** **PMB 312** **1354 East Avenue, Suite R** **Chico, CA 95926-7385** | | H | | | | | **0.00** |
| Account No. | | | **For informational purposes-corporate obligation** | | | | |
| **Seiler** **170 East Kirkham Avenue** **Saint Louis, MO 63119** | | H | | | | | **0.00** |
| Account No. | | | **For informational purposes-corporate obligation** | | | | |
| **Shamrock Scientific Specialty Syste** **34 Davis Drive** **P.O. Box 143** **Bellwood, IL 60104** | | H | | | | | **0.00** |

Sheet no. __44__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **9,170.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
**Linda M. Schuda**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Sheathing Technologies, Inc.** **18431 Technology Drive** **Morgan Hill, CA 95037** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Signs Now** **1670 Greenleaf** **Elk Grove Village, IL 60007** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Sklar** **889 South Matlack** **West Chester, PA 19382** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Smith & Nephew, Inc.** **11775 Starkey Road** **P.O. Box 1970** **Largo, FL 33779-1970** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Smithereen Manufacturing Co., Inc.** **10753 W. Grand Avenue** **Northlake, IL 60164** | | H | | | | | | 0.00 |

Sheet no. __45__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda,**

Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Solon Manufacturing Co., Inc.** <br> **P.O. Box 847491** <br> **Boston, MA 02284-7491** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Spacelabs Medical** <br> **P.O. Box 406975** <br> **Atlanta, GA 30384** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **Special Services Company, Inc.** <br> **681 N. Green Street** <br> **Chicago, IL 60622** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **SPSmedical** <br> **6789 W. Henrietta Road** <br> **Rush, NY 14543** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. <br><br> **SSL** <br> **P.O. Box 60378** <br> **Charlotte, NC 28260** | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __46__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **James A. Schuda,**
        **Linda M. Schuda**                                                   Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Stero Optical, Inc. 100 Avon Street P.O. Box 1547 Charlottesville, VA 22902 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Streck P.O. Box 45625 Omaha, NE 68145-0628 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Stuart H. Wolf 1655 N. Arlington Heights Road Suite 100E Arlington Heights, IL 60004 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Summit Doppler P.O. Box 173796 Denver, CO 80217-3796 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Surgical Specialties 4125 Paysphere Circle Chicago, IL 60674 | | H | | | | | | | 0.00 |

Sheet no. __47__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
       **Linda M. Schuda**                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Surgilance** **Coller Service #105100** **Tucker, GA 30085-5100** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Suture Express** **P.O. Box 842806** **Kansas City, MO 64184-2806** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Tarheel Physicians Supply** **P.O. Box 3516** **Azales Station** **Wilmington, NC 28406-0516** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Textile Group, Inc.** **5988 Peachtree Corners East** **Norcross, GA 30071** | | H | | | | | | 0.00 |
| Account No. | | | | For informational purposes-corporate obligation | | | | |
| **Thomas G. Goldkamp, Inc.** **P.O. Box 368** **Ambler, PA 19002** | | H | | | | | | 0.00 |

Sheet no. __48__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
         **Linda M. Schuda**
                                                              Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tidi Products**<br>**P.O. Box 11407**<br>**Birmingham, AL 35246-1290** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Tillotson**<br>**10 Glenshaw Street**<br>**Orangeburg, NY 10962** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**TimeMed Labeling Systems, Inc.**<br>**4193 Solutions Center**<br>**Chicago, IL 60677-4001** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Total Access Group**<br>**1671 E. St. Andrews Place**<br>**Santa Ana, CA 92705** | | H | For informational purposes-corporate obligation | | | | 0.00 |
| Account No.<br><br>**Total Home Health, Inc.**<br>**780 South McLean Boulevard**<br>**Elgin, IL 60123** | | H | For informational purposes-corporate obligation | | | | 0.00 |

Sheet no. __49__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **James A. Schuda,**
         **Linda M. Schuda**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Tri-Anim Health Services, Inc. 22422 72nd Avenue South Kent, WA 98032 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Triad Disposables, Inc. 700 W. North Shore Drive Hartland, WI 53029 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Troy Biologicals, Inc. 1238 Rankin Street Troy, MI 48083 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| Tuttnauer USA Co. 25 Power Drive Hauppauge, NY 11788 | | H | | | | | | | 0.00 |
| Account No. | | | | | For informational purposes-corporate obligation | | | | |
| UDS 1220 National Avenue Addison, IL 60101 | | H | | | | | | | 0.00 |

Sheet no. __50__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
     **Linda M. Schuda,**
                                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Unico** <br> **182 Ridge Road, Suite E** <br> **Dayton, NJ 08810** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No. <br><br> **Vitalograph, Inc.** <br> **P.O. Box 26024** <br> **Kansas City, MO 64196** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No. <br><br> **Vollrath** <br> **209 Vollrath Drive** <br> **P.O. Box 228** <br> **Gallaway, TN 38036** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No. <br><br> **Wallach** <br> **P.O. Box 712280** <br> **Cincinnati, OH 45271-2280** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |
| Account No. <br><br> **Western Medical, Ltd.** <br> **P.O. Box 759** <br> **Tenafly, NJ 07670** | | H | **For informational purposes-corporate obligation** | | | | 0.00 |

Sheet no. __51__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **James A. Schuda,**
**Linda M. Schuda,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Winco** 5516 SW 1st Lane Ocala, FL 34474 | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Wolf X-Ray Corporation** 100 W. Industry Court ` Deer Park, NY 11729 | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. **Zoll Medical Corporation** 269 Mill Road Chelmsford, MA 01824-4105 | | H | | For informational purposes-corporate obligation | | | | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __52__ of __52__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

Total
(Report on Summary of Schedules)  **261,690.86**

B6G (Official Form 6G) (12/07)

.

In re    **James A. Schuda,**                                 Case No. _____

           **Linda M. Schuda**

_____,

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re    **James A. Schuda,**                                         Case No. _____
         **Linda M. Schuda**
_____ ,
                        Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amy Schuda**<br>**556 Walnut**<br>**Elmhurst, IL 60126** | **Chase Auto Finance**<br>**P.O. Box 9001801**<br>**Louisville, KY 40290-1801** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re     **James A. Schuda**
         **Linda M. Schuda**                                            Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Sales** |
| Name of Employer | **Unemployed** | **College Bookstores of America** |
| How long employed | | |
| Address of Employer | | **4700 South 19th Street**<br>**Lincoln, NE 68501-0529** |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ 1,450.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ 1,450.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ 75.00 |
| b. Insurance | $ | 0.00 | $ 300.00 |
| c. Union dues | $ | 0.00 | $ 0.00 |
| d. Other (Specify): **401(K) plan** | $ | 0.00 | $ 80.00 |
| | $ | 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ 455.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ 995.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ 0.00 |
| 8. Income from real property | $ | 0.00 | $ 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): **Social security** | $ | 1,668.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ 0.00 |
| | $ | 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,668.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,668.00 | $ 995.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 2,663.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Husband is seeking employment**

B6J (Official Form 6J) (12/07)

In re    **James A. Schuda**
**Linda M. Schuda**                     Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,830.66 |
| a. Are real estate taxes included?   Yes ___   No **X** | | |
| b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 175.00 |
| c. Telephone | $ | 205.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 320.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 83.33 |
| b. Life | $ | 500.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 50.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Real estate taxes** | $ | 880.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,193.99 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,663.00 |
| b.   Average monthly expenses from Line 18 above | $ | 5,193.99 |
| c.   Monthly net income (a. minus b.) | $ | -2,530.99 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **James A. Schuda**
       **Linda M. Schuda**                            Case No. _____

                                     Debtor(s)     Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **68**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 28, 2012**           Signature    **/s/ James A. Schuda**
                                                **James A. Schuda**
                                                Debtor

Date   **September 28, 2012**           Signature    **/s/ Linda M. Schuda**
                                                  **Linda M. Schuda**
                                                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **James A. Schuda**
**Linda M. Schuda**

Debtor(s)

Case No. _____

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $20,000.00 | 2010: husband MedSurg Supply, Inc. |
| $4,800.00 | 2010: wife MedSurg Supply, Inc. (W-2) |
| $19,088.00 | 2010: wife MedSurg Supply, Inc. (K-1) |
| $16,557.63 | 2010: wife College Bookstores of America, Inc. |
| $17,000.00 | 2009: husband MedSurg Supply, Inc. |
| $7,878.48 | 2009: wife College Bookstores of America, Inc. |
| $22,002.69 | 2009: wife Follett Higher Education Group, Inc. |
| $16,443.30 | 2011: wife College Bookstores of America, Inc. |
| $12,801.77 | 2012: wife through 9/7/12 Nebraska Book Company |

| AMOUNT | SOURCE |
|---|---|
| **$15,012.00** | **2012: husband unemployment compensation** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$13,847.00** | **2010: husband Social Security Benefits** |
| **$363.22** | **2010: husband Interest & Dividends** |
| **$73,159.22** | **2010: husband Life Insurance Cash Value** |
| **$327.76** | **2010: wife Interest Income** |
| **$1,610.00** | **2009: husband Social Security Benefits** |
| **$712.81** | **2009: husband Interest & Dividends** |
| **$856.84** | **2009: wife Interest Income** |
| **$21,953.95** | **2009: wife Retirement Savings Distribution** |
| **$12,880.00** | **2011: husband social security benefits** |
| **$2,200.00** | **2011: wife retirement plan distribution** |

---

**3. Payments to creditors**

None
☐

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of America**<br>**P.O. Box 5170**<br>**Simi Valley, CA 93062-5170** | **June and July 2011 monthly mortgage payments** | **$3,661.32** | **$467,100.00** |
| **Chase Visa**<br>**P.O. Box 15153**<br>**Wilmington, DE 19850-5298** | **6/11/2011** | **$800.00** | **$30,937.00** |

---

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■    c.    *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of America, N.A. v. James A, Schuda, Linda M. Schuda, et al., Case No. 2011 CH 006065** | **Mortgage foreclosure** | **Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois** | **Pending (filed December 29, 2011)** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Swanson Martin & Bell LLP**<br>**2525 Cabot Drive**<br>**Suite 204**<br>**Lisle, IL 60532** | **August, October and November 2011** | **$1,600.00** |
| **Money Management International** | **August 2011--debt counseling** | **$50.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| MedSurg Supply, Inc. | 8515 | 1451 Landmeier Road Suite K Elk Grove Village, IL 60007 | Sale of medical supplies | 11/13/2001 to 8/31/2011 |

None
■
   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                               ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■
   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                 DATES SERVICES RENDERED

None
■
   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                   DATES SERVICES RENDERED

None
■
   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                     ADDRESS

None
■
   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                 DATE ISSUED

### 20. Inventories

None
■
   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR       DOLLAR AMOUNT OF INVENTORY
                                                      (Specify cost, market or other basis)

None
■
   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                       NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                            RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST              PERCENTAGE OF INTEREST

8

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 28, 2012**        Signature    **/s/ James A. Schuda**
                                                  **James A. Schuda**
                                                  Debtor

Date  **September 28, 2012**        Signature    **/s/ Linda M. Schuda**
                                                  **Linda M. Schuda**
                                                  Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **James A. Schuda**
      **Linda M. Schuda** _____     Case No. _____

                                              Debtor(s)        Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**Single-family residence**<br>**Location: 556 Walnut, Elmhurst IL 60126** |

Property will be (check one):

■ Surrendered              ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase Auto Finance** | **Describe Property Securing Debt:**<br>**50% ownership with daughter of 2009 Kia Sorrento (daughter makes monthly payments)** |

Property will be (check one):
  ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt             ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**DuPage County Collector** | **Describe Property Securing Debt:**<br>**Single-family residence**<br>**Location: 556 Walnut, Elmhurst IL 60126** |

Property will be (check one):

   ■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September 28, 2012**                Signature    **/s/ James A. Schuda**
                                                          **James A. Schuda**
                                                          Debtor


Date  **September 28, 2012**                Signature    **/s/ Linda M. Schuda**
                                                          **Linda M. Schuda**
                                                          Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **James A. Schuda**
  **Linda M. Schuda**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

☑ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify):

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 28, 2012**      **/s/ Charles S. Stahl, Jr.**
                                                   **Charles S. Stahl, Jr. 2699915**
                                                   **Swanson Martin & Bell LLP**
                                                   **2525 Cabot Drive**
                                                   **Suite 204**
                                                   **Lisle, IL 60532**
                                                   **630-799-6900  Fax: 630-799-6901**
                                                   **cstahl@smbtrials.com**

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **James A. Schuda**
      **Linda M. Schuda**            Case No.
                                Debtor(s)      Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **James A. Schuda**<br>**Linda M. Schuda** | X **/s/ James A. Schuda** | **September 28, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X **/s/ Linda M. Schuda** | **September 28, 2012** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re **James A. Schuda**
**Linda M. Schuda**
_____

Debtor(s)

Case No. _____
Chapter    **7**    _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **269**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **September 28, 2012**
_____

**/s/ James A. Schuda**
**James A. Schuda**
Signature of Debtor

Date: **September 28, 2012**
_____

**/s/ Linda M. Schuda**
**Linda M. Schuda**
Signature of Debtor

A Plus International, Inc.
5138 Eucaliptus Avenue
Chino, CA 91710


Aaron/Bovie Medical
5115 Ulmerton Road
Clearwater, FL 33760


ABS Services, Inc.
141 East Grand Avenue, #2A
Bensenville, IL 60106


Acor
18530 South Mile Parkway
Cleveland, OH 44128


Activa Brand Products
36 4th Street
Chalottetown, P.E., Canada


Acute Care
12225 World Trade Drive, Suite F
San Diego, CA 92128


AdaCo Specialties, Inc.
20388 South Torrence Avenue
Lynwood, IL 60411


ADSI
1111 Church Road
Aurora, IL 60505


Advance Medical
1241 Atlanta Drive
Marietta, GA 30066


Advanta
P.O. Box 5657
Hicksville, NY 11802


Advanta/Master Card
P.O. Box 9217
Old Bethpage, NY 11804

Akorn
Lock box 3950
Chicago, IL 60674


Allegiance Healthcare Corp.
P.O. Box 70539
Chicago, IL 60673-0539


Allied Healthcare Products, Inc.
1720 Sublette Avenue
Saint Louis, MO 63110


Alpha Medthrift Scientific Co.
16352 South 104th Avenue, Suite B
Orland Park, IL 60467


AMBCO
15052 Redhill Avenue, Suite D
Tustin, CA 92780


AMD-Ritmed
295 Fire Tower Drive
Tonawanda, NY 14150


American Diagnostic Corporation
55 Commerce Drive
Hauppauge, NY 11788


American Express
P.O. Box 981535
El Paso, TX 79998-1535


Americo Corp.
211 Waukegan Road, Suite 300
Nothfield, IL 60093


Amex
Box 001
Los Angeles, CA 90096-8000


Amsino
4501 Brickell Privado
Ontario, CA 91761

Amy Schuda
556 Walnut
Elmhurst, IL 60126


Andrew J. Costanza
544 Canterbury
Carol Stream, IL 60188


Ansell Perry, Inc.
Dept CH 17493
Palatine, IL 60055-7373


Applied Technology
11457 Melrose Street
Franklin Park, IL 60131


Arkray USA, Inc.
SDS-12-1923
P.O. Box 86
Minneapolis, MN 55486-1923


Aseptic Control Products, Inc.
3831 Industrial Avenue, Unit D
Rolling Meadows, IL 60008


ASO Corporation
300 Sarasota Center Boulevard
Sarasota, FL 34240


AT&T
P.O. Box 90001309
Louisville, KY 40290-1309


Avalon Papers, LLC
P.O. Box 3967
Oshkosh, WI 54904


Avery Dennison
12297 Collection Center Drive
Chicago, IL 60693


Bank of America
P.O. Box 5170
Simi Valley, CA 93062-5170

Bank of America/Master Card
P.O. Box 851001
Dallas, TX 75285-1001


Bank of America/VISA
P.O. Box 851001
Dallas, TX 75285-1001


Banyan International
2118 East Interstate 20
P.O. Box 1779
Abilene, TX 79604-1779


Barjan Manufacturing, Ltd.
28 Balting Place Road
Farmingdale, NY 11735


Bayer Corporation
P.O. Box 650512
Dallas, TX 75265


Bayer HealthCare
P.O. Box 571720
Pittsburgh, PA 15250-7720


Bell Med Serv
120 Vanderburg Road
Marlboro, NJ 07746


Bell Medical Services, Inc.
1520 Washington Avenue
Neptune, NJ 07753


Bemis
300 Mill Street
P.O. Box 901
Sheboygan Falls, WI 53085-0901


Besse Medical Supply
9075 Centre Point Drive, Suite 140
West Chester, OH 45069


BI Medsource
790 Church Street NW, Suite 100
Marietta, GA 30060

Bio Protech USA, Inc.
17962 Sky Park Circle, Suite G
Irvine, CA 92614


Bio-detek, Inc.
525 Narragansett Park Drive
Pawtucket, RI 02861-4323


Birchwood Laboratories, Inc.
7900 Fuller Road
Eden Prairie, MN 55344-2195


Bowman Manufacturing Company, Inc.
17301 51st Avenue NE
Arlington, WA 98223


Bradford Systems Corporation
8700 Waukegan Raod, Suite 212
Morton Grove, IL 60053


Brewer
P.O. Box 88870
Milwaukee, WI 53288-0870


BSN Medical, Inc.
P.O. Box 751766
Charlotte, NC 28275-1766


BSN-Jobst
Box 751766
Charlotte, NC 28275-1766


Bulbtronics
45 Banfi Plaza
Farmingville, NY 11738


Burnishine
3817 Eagle Way
Chicago, IL 60678-1386


Burton
21100 Lassen Street
Chatsworth, CA 91311

Busse Hospital Disposables
P.O. Box 11067
Hauppauge, NY 11788


BV Medical
28W206 Commercial Avenue
Barrington, IL 60010


Caligor
Dept. CH 14125
Palatine, IL 60055-4125


Cameron-Miller, Inc.
5410 West Roosevelt Road
Chicago, IL 60644


Capital One
P.O. Box 105474
Atlanta, GA 30348-5474


Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492


Capital One-Loan
P.O. Box 105474
Atlanta, GA 30348-5474


Capital One/VISA
P.O. Box 30285
Salt Lake City, UT 84130-0285


Cardiac Science Corporation
Dept. 0587
P.O. Box 120587
Dallas, TX 75312-0587


Cardinal
P.O. Box 70539
Chicago, IL 60673-0539


Cardinal Scale Maunfacturing Co.
P.O. Box 413064
Kansas City, MO 64141-3064

Cardioline
P.O. Box 2657
Petaluma, CA 94953


Care Express
317 Cary Point Drive
Cary, IL 60013


Carson Pirie Scott
P.O. Box 49308
San Jose, CA 95161-9308


Cetylite Industries, Inc.
9051 River Road
Pennsauken, NJ 08110-3293


Chase Auto Finance
P.O. Box 9001801
Louisville, KY 40290-1801


Chase VISA
P.O. Box 15153
Wilmington, DE 19886-5153


Chattanooga Group
P.O. Box 848101
Dallas, TX 75284-8101


CitiBank
P.O. Box 6537
The Lakes, NV 88901-6537


CitiBusiness/Master Card
P.O. Box 6235
Sioux Falls, SD 57117-6235


Clinical Health
P.O. Box 425
Stratford, CT 06615


Clinton Industries
1140 Edison Street
York, PA 17403

ConMed Corp.
Church Street Station
P.O. Box 6814
New York, NY 10249-6814


Cooper Surgical
P.O. Box 1206
Monroe, CT 06468-8206


Corkill
1699 Wall Street, Suite 725
Mount Prospect, IL 60056


Corporate America/VISA
2075 Big Timber Road
Elgin, IL 60123-1140


CryoSurgery, Inc.
5829 Old Harding Road
Nashville, TN 37205


CS Packaging, Inc.
1620 Fullerton Court, #200
Glendale Heights, IL 60139


D J Orthopedics
P.O. Box 650777
Dallas, TX 75265-0777


Dash Medical Gloves, Inc.
10180 South 54th Street
Franklin, WI 53132


Data Management, Inc.
P.O. Box 789
Farmington, CT 06034


Davol
P.O. Box 75767
Charlotte, NC 28275


Dedicated Distribution
640 Miami Avenue
Kansas City, KS 66105-2140

Dell Computer Corporation
8801 Research Boulevard
Austin, TX 78758


DeRoyal Industries, Inc.
P.O. Box 1015
Powell, TN 37849-1015


DirectMed, Inc.
150 Pratt Oval
Glen Cove, NY 11542


Distribution Systems International
236 Calle Pointoresco
San Clemente, CA 92673


Dudley Developers
P.O. Box 372
Dundee, IL 60118-0372


Dukal Corporation
Chase Lock box 035665
Newark, NJ 07193


DuoPross
27 Sarah Drive
Farmingdale, NY 11735


Duopross Meditech Corp.
27 Sarah Drive
Farmingdale, NY 11735


DuPage County Collector
P.O. Box 4203
Carol Stream, IL 60197-4203


Duro Med Industries, Inc.
13329 Collection Center Drive
Chicago, IL 60693


Dymax Corporation
P.O. Box 75767
Charlotte, NC 28275

Dynarex Corporation
P.O. Box 712454
Cincinnati, OH 45271-2454


El-Mar Office Supply, Inc.
386 East Irving Park Road
Roselle, IL 60172


Expert-Med
1821 Reliable Parkway
Chicago, IL 60686-0001


Express One
P.O. Box 902290
Sandy, UT 84090


Fabrication Enterprises, Inc.
P.O. Box 1500
White Plains, NY 10602


Fashion Seal Uniform
P.O. Box 932058
Atlanta, GA 31193-2058


First Aid Only
11101 N.E. 37th Circle
Vancouver, WA 98682


First Healthcare products
6125 Lendell Drive
Sanborn, NY 14132-9199


First Medical, Inc.
8515 Douglas, Suite 23
Urbandale, IA 50322


FLA Orthopedics
P.O. Box 751766
Charlotte, NC 28275-1766


Forest Medical, LLC
6700 Old Collamer Road
East Syracuse, NY 13057-1118

Fougera & Company
P.O. Box 2006
Melville, NY 11747-0103


Gam Industries, Inc.
P.O. Box 327
Jesup, GA 31598


Gillis Associated Industries
750 Pinecrest Drive
Mt. Prospect, IL 60070


Global Protection Corp.
12 Channel Street
Boston, MA 02210


Global Recruiters of Medinah
550 East Devon Avenue, Suite 106-9
Itasca, IL 60143


GOJO
P.O. Box 931105
Cleveland, OH 44193


Goodwin Manufacturing Co., Inc.
P.O. Box 5981
High Point, NC 27262


Graham Field
P.O. Box 47510
Dorville, GA 30362


Graham Medical Products
Bin 88554
Milwaukee, WI 53288-0554


Great Midwest Packaging, LLC
712 Anita Avenue
Antioch, IL 60002


Harloff
650 Ford Street
Colorado Springs, CO 80915

Harth Medical Products, Inc.
3915 W. Greenfield Avenue
Milwaukee, WI 53215


Hausmann
130 Union Street
Northvale, NJ 07647


Health Care Logistics, Inc.
P.O. Box 25
Circleville, OH 43113-0028


Healthcare Products
41 Weaver Road
Denver, PA 17512


Healthcare Safety Systems, Inc.
21279 Protecta Drive
Elkhart, IN 46516


Healthcare Supply Solutions
13949 Alvarez Road
Jacksonville, FL 32218


Hitachi
630 Clyde Court
Mountain View, CA 94043-2214


Holzman & Associates
1580 N. Northwest Highway
Park Ridge, IL 60068


Hospira
75 Remittance Drive, Suite 6136
Chicago, IL 60675-6136


Hudson RCI
P.O. Box 951836
Dallas, TX 75395-1836


Human Restrain
912 Bethel circle
Waunakee, WI 53597

Huntleigh
P.O. Box 847746
Dallas, TX 75284-4746


I C Commercial Services
P.O. Box 64444
Saint Paul, MN 55164-0444


Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447


IMCO
129 Executive Circle
Daytona Beach, FL 32114


Immunostics, Inc.
1750 Brielle Avenue, A5
Ocean, NJ 07712


Imperial
P.O. Box 474
Bedford, TX 76021


Innovative Healthcare Corporation
8220 Charles Page Boulevard
Sand Springs, OK 74063


InSource
P.O. Box 360202
Pittsburgh, PA 15250-6202


Internal Revenue Service
P.O. Box 745
District Director
Chicago, IL 60690


International Sourcing & Products
7704 West Belmont
Chicago, IL 60634


Invacare Supple Group
2520 Foundation Drive
South Bend, IN 46628

Joan M. Costanza
21914 Cambridge
Kildeer, IL 60047

John A. Costanza
21914 Cambridge
Kildeer, IL 60047

Johnson & Quin, Inc.
7460 North Lehigh Avenue
Niles, IL 60714

Kendall
15 Hampshire Street
Mansfield, MA 02048

Kennedy-Webster
5225 Walnut Avenue
Downers Grove, IL 60515

Kent Kartage
1129 Beachcomber Drive
Schaumburg, IL 60193

Kohl's
P.O. Box 3120
Milwaukee, WI 53201-3120

Labsco
3782 Reliable Parkway
Chicago, IL 60686-0037

Lake Court Medical
26488 Groesbeck Highway
Warren, MI 48089

Lake Erie Medical & Surgical Supply
7560 Lewis Avenue
Temperance, MI 48182

Life Gas
P.O. Box 803285
Chicago, IL 60680-3285

Lonstar, Inc.
P.O. Box 790205
Saint Louis, MO 63179-0205


Lowrie
1410 Ambrogio Drive
Gurnee, IL 60031


M D Industries
135 South LaSalle Street
Dept. 5278
Chicago, IL 60674-5278


M J Building
1485 Landmeier Road
Elk Grove Village, IL 60007


Mabis Healthcare, Inc.
13329 Collection Center Drive
Chicago, IL 60693


Macy's
Department Stores National Bank
P.O. Box 689195
Des Moines, IA 50368-9195


Major Pharmaceuticals
1821 Reliable Parkway
Chicago, IL 60686-0001


Mammoth Medical, Inc.
P.O. Box 1000
Dept. 395
Memphis, TN 38148-0395


McBee
500 Main Street
Groton, MA 01471-0004


MCC
19430 Van Ness Avenue
Torrance, CA 90501-1104

Medegen
209 Medegan Drive
Gallaway, TN 38036


Medela
38789 Eagle Way
Chicago, IL 60628-1387


Medex
P.O. Box 7247-7784
Philadelphia, PA 19170-7784


Medgyn Products, Inc.
P.O. Box 3126
Oak Brook, IL 60522-3126


Mediaid, Inc.
17517 Fabrica Way, Suite H
Cerritos, CA 90703


Medical Action Industries, Inc.
P.O. Box 9131
Uniondale, NY 11555-9131


Medical Products, Inc.
P.O. Box 207
Ripley, MS 38663


Medical Research Laboratories
1000 Asbury Drive
Buffalo Grove, IL 60089


Medicore
P.O. Box 4826
Hialeah, FL 33014


Medline
Dept. CH 14400
Palatine, IL 60055-4400


MedSource
2931 South 1560 West
Woods Cross, UT 84087

MedSurg Supply, Inc.
1451 Landmeier Road
Suite K
Elk Grove Village, IL 60007


Medtec Medical, Inc.
1602 Barclay Boulevard
Buffalo Grove, IL 60089-4523


MedTek Diagnostics, LLC
P.O. Box 13211
Durham, NC 27709-3211


MedWorld Supply, Inc.
168 10th Street
Brooklyn, NY 11215


Mercy Surgical Dressing Group, Inc.
4 Zesta Drive
Pittsburgh, PA 15205


MESA
599 North Edgewood Avenue
Wood Dale, IL 60191


Metrex Research Corporation
14340 Collection Center Drive
Chicago, IL 60693


Micro Scientific Industries, Inc.
1226 Carnegie Street, Suite 101
Rolling Meadows, IL 60008


Midmark Corporation
P.O. Box 632969
Cincinnati, OH 45263-2969


Miltex Insruments
P.O. Box 405758
Atlanta, GA 30384-5758


MIMS
P.O. Box 955588
Saint Louis, MO 63195-5588

Monarch Molding, Inc.
P.O. Box 279
Council Grove, KS 66846-0279


MPM Medical, Inc.
2301 Crown Court
Irving, TX 75038


MYCO Medical
158 Towerview Court
Cary, NC 27513


Nicolet Vacular
88059 Expedite Way
Chicago, IL 60695-0001


Nicor
P.O. Box 310
Aurora, IL 60507-0310


Nikomed
2000 Pioneer Road
Huntingdon Valley, PA 19006


Nipro Products
3150 NW 107th Avenue
Miami, FL 33172


North American Corp. of Illinois
2101 Claire Court
Glenview, IL 60025


Ocwen Loan Servicing LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409


OMNI
Lock Box 6664
P.O. Box 9438
Minneapolis, MN 55440-9438


Orthomerica Products, Inc.
P.O. Box 607129
Orlando, FL 32860-7129

Owens & Minor
12199 Collection Center Drive
Chicago, IL 60693


Palco
8030 Soquel Avenue
Santa Cruz, CA 95062-2032


Parker Laboratories
286 Eldridge Road
Fairfield, NJ 07004


Pekin Insurance Company
2505 Court Street
Pekin, IL 61558-0001


Pelstar, LLC
24097 Network Place
Chicago, IL 60673-1240


Personna
P.O. Box 70747
Chicago, IL 60673-0747


Polar Ware Company
P.O. Box 1170
Milwaukee, WI 53201-1170


Polymer Tech
P.O. Box 660229
Indianapolis, IN 46266-0229


Positive Printing Corp.
538 Pratt Avenue N
Schaumburg, IL 60193-4555


Precision Charts, Inc.
130 Wilbur Place
Bohemia, NY 11716


Precision Dynamics
4193 Solutions Drive
Chicago, IL 60677-4001

Precision Therapeutics, Inc.
8400 E. Prentice Avenue, Suite 700
Greenwood Village, CO 80111


Premier Medical International
209 Washington Street
Burlington, WI 54105


Premium Plastics
1350 S. LaSalle Street
Dept. 4433
Chicago, IL 60674-4433


Principle Business Enterprises, Inc
P.O. Box 712215
Cincinnati, OH 45271-2215


Professional Med. Surgical Supply
16 Laurel Street
Joliet, IL 60435-7480


ProMed Specialties
1800 Byberry Road, Suite 905
Huntingdon Valley, PA 19006


Promex Technologies, LLC
P.O. Box L-175
Columbus, OH 43260


Propper Manufacturing
36-04 Skillman Avenue
Long Island City, NY 11101


Protectair, Inc.
59 South Eisenhower
Lombard, IL 60148


Puritan-Bennett
P.O. Box 73192
Chicago, IL 60673-7192


QAS
1506 N. Orange Blossom Trail
Orlando, FL 32804

Quill
P.O. Box 37600
Philadelphia, PA 19101-0600


Ramrod
310 Beinois Drive
Wood Dale, IL 60191


RICA Surgical Products
9207 Ivanhoe
Schiller Park, IL 60176


Richmark Medical Supply, Inc.
1555 W. Hawthorne Lane, Unit 1
West Chicago, IL 60185


Rubbermaid
75 Remittance Drive, Suite 1167
Chicago, IL 60675-1167


Rusch
P.O. Box 8500-1750
Philadelphia, PA 19178-1750


Sam's Club
P.O. Box 981084
El Paso, TX 79998-1084


Sam's Club/Discover
P.O. Box 981084
El Paso, TX 79998-1084


Scotty Peeler, Inc.
PMB 312
1354 East Avenue, Suite R
Chico, CA 95926-7385


Seiler
170 East Kirkham Avenue
Saint Louis, MO 63119


Shamrock Scientific Specialty Syste
34 Davis Drive
P.O. Box 143
Bellwood, IL 60104

Sheathing Technologies, Inc.
18431 Technology Drive
Morgan Hill, CA 95037


Signs Now
1670 Greenleaf
Elk Grove Village, IL 60007


Sklar
889 South Matlack
West Chester, PA 19382


Smith & Nephew, Inc.
11775 Starkey Road
P.O. Box 1970
Largo, FL 33779-1970


Smithereen Manufacturing Co., Inc.
10753 W. Grand Avenue
Northlake, IL 60164


Solon Manufacturing Co., Inc.
P.O. Box 847491
Boston, MA 02284-7491


Spacelabs Medical
P.O. Box 406975
Atlanta, GA 30384


Special Services Company, Inc.
681 N. Green Street
Chicago, IL 60622


SPSmedical
6789 W. Henrietta Road
Rush, NY 14543


SSL
P.O. Box 60378
Charlotte, NC 28260


Stero Optical, Inc.
100 Avon Street
P.O. Box 1547
Charlottesville, VA 22902

Streck
P.O. Box 45625
Omaha, NE 68145-0628


Stuart H. Wolf
1655 N. Arlington Heights Road
Suite 100E
Arlington Heights, IL 60004


Summit Doppler
P.O. Box 173796
Denver, CO 80217-3796


Surgical Specialties
4125 Paysphere Circle
Chicago, IL 60674


Surgilance
Coller Service #105100
Tucker, GA 30085-5100


Suture Express
P.O. Box 842806
Kansas City, MO 64184-2806


Tarheel Physicians Supply
P.O. Box 3516
Azales Station
Wilmington, NC 28406-0516


Textile Group, Inc.
5988 Peachtree Corners East
Norcross, GA 30071


Thomas G. Goldkamp, Inc.
P.O. Box 368
Ambler, PA 19002


Tidi Products
P.O. Box 11407
Birmingham, AL 35246-1290


Tillotson
10 Glenshaw Street
Orangeburg, NY 10962

TimeMed Labeling Systems, Inc.
4193 Solutions Center
Chicago, IL 60677-4001


Total Access Group
1671 E. St. Andrews Place
Santa Ana, CA 92705


Total Home Health, Inc.
780 South McLean Boulevard
Elgin, IL 60123


Tri-Anim Health Services, Inc.
22422 72nd Avenue South
Kent, WA 98032


Triad Disposables, Inc.
700 W. North Shore Drive
Hartland, WI 53029


Troy Biologicals, Inc.
1238 Rankin Street
Troy, MI 48083


Tuttnauer USA Co.
25 Power Drive
Hauppauge, NY 11788


UDS
1220 National Avenue
Addison, IL 60101


Unico
182 Ridge Road, Suite E
Dayton, NJ 08810


Vincent A. Chavarria
Codilis & Associates, P.C.
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527


Vitalograph, Inc.
P.O. Box 26024
Kansas City, MO 64196

Vollrath
209 Vollrath Drive
P.O. Box 228
Gallaway, TN 38036


Wallach
P.O. Box 712280
Cincinnati, OH 45271-2280


Western Medical, Ltd.
P.O. Box 759
Tenafly, NJ 07670


Winco
5516 SW 1st Lane
Ocala, FL 34474


Wolf X-Ray Corporation
100 W. Industry Court
`
Deer Park, NY 11729


Zoll Medical Corporation
269 Mill Road
Chelmsford, MA 01824-4105